**Courtroom Minute Sheet**
**ARRAIGNMENT/PLEA/CHANGE OF PLEA**
**WAIVER OF INDICTMENT/PLEA PROCEEDINGS**

Date __8-7-12__ Case No. __S1-4:12CR97 ERW__
UNITED STATES OF AMERICA vs. __Alireza Bakhtiari__
Judge __Webber__ Court Reporter __D. Kriegshauser__
Deputy Clerk __MBerg__ Interpreter __—__
Assistant United States Attorney(s) __Dean Sauer__
Attorney(s) for Defendant __Andrea Smith__

**Arraignment/Waiver of Indictment/Plea:**
[X] Defendant sworn. Defendant's age __36__ Education __Master's Degree__
[ ] Defendant waives assistance of counsel [ ] Waiver filed
[X] Defendant signs waiver of indictment and consents to proceed by information
[X] Criminal [X] superseding [X] information [ ] indictment filed
[ ] Defendant waives reading of indictment/information [ ] Defendant arraigned
[X] Defendant enters a plea of [X] GUILTY [ ] NOT GUILTY
   to counts __2__ of the [X] superseding [ ] indictment [X] information
[ ] Pretrial Motions Order [ ] issued [ ] to issue

**Change of Plea:**
[X] The Court finds the defendant competent to enter a plea of guilty.
[ ] By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) _____ of the [ ] superseding [ ] information [ ] indictment
[X] Guilty Plea Agreement filed [ ] Guilty Plea Agreement filed under seal
[X] Ordered that count(s) __1 5__ be held in abeyance until sentencing
[ ] Ordered that pending motions as to defendant _____ are denied as moot
[X] Sentencing set __11-1-12__ at __9:00 AM__
[X] OBJECTIONS TO OR ACCEPTANCE OF PSR DUE __10-11-12__
[ ] Defendant is remanded to custody [X] Defendant is released on existing bond

Probation Officer __J. Bauer__

Proceedings commenced __11:10 AM__ concluded at __12:00 pm__