# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:12CR00097 ERW |
| ALIREZA BAKHTIARI, | ) |
| Defendant(s). | ) |

## ORDER

This matter comes before the Court on Defendant Alireza Bakhtiari's Motion for Leave to File Sealed Motion [180], Motion for an Emergency Hearing [181], and Emergency Motion for Leave to Resume Employment [182]. The Court will grant Defendant's motion for leave to file sealed motion and deny the remaining motions. Defendant must abide by the conditions of supervised release. If he believes his supervising officer is unreasonable in her instructions, he may consult her supervisor.

**IT IS HEREBY ORDERED** that Defendant Alireza Bakhtiari's Motion for Leave to File Sealed Motion [180] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for an Emergency Hearing [181] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Emergency Motion for Leave to Resume Employment [182] is **DENIED**.

So Ordered this 6th day of February, 2018.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE