RECEIVED
JUL 01 2019
BY MAIL

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *PETITIONER* ) <br> ) <br> V. ) <br> ) <br> ) <br> ALIREZA BAKHTIARI ) <br> *RESPONDENT* ) | CAUSE NO.:4:12-CR-97-ERW <br> BEFORE HON. JUDGE R. E. WEBBER |

## MOTION FOR DISCRETIONARY EARLY DISCHARGE FROM SUPERVISED RELEASE

COMES NOW, Alireza Bakhtiari ("Bakhtiari", "Respondent"), in *pro se*, and respectfully moves this Honorable Court for discretionary early discharge from supervised release. In support states as follows:

The respondent is scheduled to be discharged from supervised release on January 17th 2020 [**See Exhibit 1**]. He is requesting, through this motion for a discretionary discharge, six months early.

On November 19th 2012, the Court sentenced respondent to a period of incarceration followed by three years of supervised release. After being discharged from incarceration, within 72 hours, the respondent reported to the US probation at the Eastern District of Missouri, the St. Louis office. Within a matter of days after respondent's release from incarceration, Honorable Judge Richard Webber met with the respondent in person, along with a representative from the US probation of the Eastern District of Missouri. The Honorable Judge indicated that contingent upon respondent's re-entry and the respondent's adjustment under supervised release, the Court would consider discretionary early discharge from supervised release. The respondent has **no**

entitlements, or legal rights to early discharge from supervised release. Such a discharge is completely at the discretion of this Court.

Respondent has been fully compliant with the terms of his supervised release with **no** incident. The respondent has been regularly in contact with his probation officer - Ms. Lisa Berry - via telephone, email or in person visits. While on supervised release, the respondent has interacted a few times with the law enforcement officers during regular traffic stops. Within minutes after each interaction, the respondent has reported his law enforcement contact, with specific details, to the probation office. The respondent has not exited the geographical confines of Eastern District of Missouri, unless by the permission of the probation office.

The respondent respectfully moves this Honorable Court for discretionary early discharge by six months, and he further prays for any and all other relief deemed just and proper under the circumstances.

SIGNATURE SHEET

Respectfully Submitted,
On this **June 26th of 2019**

_____
**ALIREZA BAKHTIARI**
**775 SEVEN HILLS LANE,**
**SAINT CHARLES, MISSOURI 63304**

*APPEARING IN PRO SE*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on this **June 26th of 2019**, I placed the original of the forgoing, properly enveloped, addressed and stamped, in a <u>USPS FIRST CLASS POSTAGE PREPAID</u> mailbox to be delivered to the clerk. At the same time I placed exact copies of the forgoing, properly enveloped, addressed and stamped, in the same mailbox to be delivered to counsel of the record via the same courier.

_____
ALIREZA BAKHTIARI

## CERTIFICATE OF SERVICE UPON US PROBATION

I, the undersigned, certify that on this **June 26th of 2019**, I placed the original of the forgoing, properly enveloped, addressed and stamped, in a <u>USPS FIRST CLASS POSTAGE PREPAID</u> mailbox to be delivered to the clerk. At the same time I placed exact copies of the forgoing, properly enveloped, addressed and stamped, in the same mailbox to be delivered via the same courier to:

LISA BERRY
U.S. PROBATION OFFICER
THOMAS F. EAGLETON U.S. COURTHOUSE
111 SOUTH 10TH STREET, SUITE 2.325
ST. LOUIS, MO 63102

_____
ALIREZA BAKHTIARI

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**PROBATION OFFICE**

SCOTT A. ANDERS
CHIEF U.S. PROBATION OFFICER

JO C. COOPER
ASST. DEPUTY CHIEF PROBATION OFFICER



THOMAS F. EAGLETON U.S. COURTHOUSE
111 SOUTH 10TH STREET, SUITE 2.325
ST. LOUIS, MO 63102
314-244-6700
314-244-6735(FAX)

RUSH HUDSON LIMBAUGH, SR. U.S. COURTHOUSE
555 INDEPENDENCE, SUITE 1100
CAPE GIRARDEAU, MO 63701
573-331-8980
573-331-8986(FAX)

REPLY TO: EAGLETON OFFICE

March 6, 2018

RE: Alireza Bakhtiari
Case No. 4:12CR00097 ERW

To Whom It May Concern:

Alireza Bakhtiari (DOB 2/2/76) is currently serving a term of supervised release following a criminal conviction for Obstruction of an Official Proceeding, under U.S. District Court case number 4:12CR00097 ERW. His term of supervised release is scheduled to expire on January 17, 2020.

Please contact the undersigned if you have any questions.

Sincerely,

Timothy J. Goehring
Senior U.S. Probation Officer
(314) 244-7072

Exhibit 1
Bakhtiari's MTN

ALIREZA BAKHTIARI
775 Seven Hills Lane
St. Charles, MO 63304

RECEIVED
JUL 01 2019
BY MAIL

SAINT LOUIS MO 630
27 JUN 2019 PM 4 L

Clerk for Hon. Judge Webber
M.O.E.D Clerk
111 South 10th Street,
St. Louis, MO 63102

63102-112599